UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60083-CIV-COHN/SELTZER

VALERIE E. HITCHMAN,

    Plaintiff,

v.

CREDIT BUREAU COLLECTION
SERVICES, INC., d/b/a CBCS,
and JOHN DOES 1-3,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the Joint Stipulation for Dismissal with Prejudice [DE 14]. The Court being informed that the parties have settled this action, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal with Prejudice [DE 14] is **GRANTED**;

2. The above-styled action is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own costs and fees except as otherwise agreed by the parties; and

4. The Clerk shall **CLOSE** this case and **DENY as moot** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of April, 2013.

*[Signature]*
JAMES I. COHN
United States District Judge

Copies to:

Counsel of record via CM/ECF